## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASEY REASONOVER on behalf of himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. Civil Action No. 19-cv-10985 |
| | : | |
| v. | : | |
| | : | |
| LOCAL ADVANTAGE, INC., CODY SUMMERS, DANIEL MURRAY | : | |
| | : | |
| Defendants._____ | : | |
| | : | |
| | : | |
| _____ / | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i) of all claims against all defendants. None of the rights of any putative class

members, other than the plaintiff, have been released or are otherwise affected by this dismissal.

Dated: December 3, 2019          PLAINTIFF,

By:
*s/ Anthony I. Paronich*_____
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

12

CERTIFICATE OF SERVICE

I, hereby certify that on January 17, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich